G. Cresswell Templeton III (Bar No. 138398)
Email: ctempleton@hillfarrer.com
William A. Meyers (Bar No. 266322)
Email: wmeyers@hillfarrer.com
HILL, FARRER & BURRILL LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Facsimile: (213) 624-4840

Attorneys for Defendant
YAACOV METZLER

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CHRAGHCHIAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>YAACOV METZLER, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:17-CV-5619<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Yaacov Metzler, aka Jake Metzler, hereby removes to this Court the state court action described below.

In support of its removal, Metzler alleges as follows:

1. On May 26, 2017, an action was commenced by Plaintiff, Patrick Chraghchian, in the Superior Court for the State of California for the County of Los Angeles, entitled Patrick Chraghchian v. Yaacov J Metlzer, et al; Case No. BC663059 (the “State Court Action”). A copy of the complaint is attached as

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

Exhibit A.

2. Defendant Metzler was served with copies of the summons and complaint on July 3, 2017. A copy of the notice and acknowledgment of receipt accepting service of the summons and complaint dated and signed on July 3, 2017 by Metzler's counsel is attached as Exhibit B.

3. This action is a civil action under which the Court has original jurisdiction under 28 U.S.C. § 1332, and is one that may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(b), because it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs seeks compensation in excess of $100,000.

4. Complete diversity of citizenship exists in that plaintiff is a citizen of California, and Metzler is citizen of Connecticut, in that plaintiff was a citizen of California and Metzler was a citizen of Connecticut at the time the State Court Action was commenced.

DATED: July 28, 2017

G. CRESSWELL TEMPLETON III
WILLIAM A. MEYERS
HILL, FARRER & BURRILL LLP

By: /s/ G. CRESSWELL TEMPLETON III
G. Cresswell Templeton III
Attorneys for Defendant
YAACOV METZLER

HFB 1805419.1 M4792004